```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 07 B 15657
   JASON E OCONNELL
                                          CHAPTER 13

                                          JUDGE: BRUCE W BLACK

         Debtor
   SSN XXX-XX-2601
```

---
TRUSTEE'S FINAL REPORT AND ACCOUNT
---

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 08/29/07 and confirmed on 01/23/08.

2. The case was dismissed after confirmation, 06/20/2008.

3. The Debtor paid a total of $ 8375.00 .

4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| GMAC RESCAP LLC | CURRENT MORTG | 7889.25 | .00 | 7889.25 |
| GMAC RESCAP LLC | MORTGAGE ARRE | 16452.27 | .00 | .00 |
| NATIONAL CITY BANK | SECURED VEHIC | .00 | .00 | .00 |
| ARROW FINANCIAL SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| PORTFOLIO RECOVERY ASSOC | UNSECURED | 8916.02 | .00 | .00 |
| ROUNDUP FUNDING LLC | UNSECURED | 786.75 | .00 | .00 |
| COMCAST | UNSECURED | NOT FILED | .00 | .00 |
| ASSET ACCEPTANCE CORP | UNSECURED | 9317.09 | .00 | .00 |
| DISCOVER BANK | UNSECURED | 5832.92 | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 2890.18 | .00 | .00 |
| GEMB | UNSECURED | NOT FILED | .00 | .00 |
| VATIV RECOVERY SOLUTIONS | UNSECURED | 3296.39 | .00 | .00 |
| CREDITORS BANKRUPTCY SER | UNSECURED | 840.15 | .00 | .00 |
| PROGRESSIVE INSURANCE CO | UNSECURED | NOT FILED | .00 | .00 |
| ROUNDUP FUNDING LLC | UNSECURED | 2637.00 | .00 | .00 |
| AFNI/ VERIZON WIRELESS | UNSECURED | 479.53 | .00 | .00 |
| PORTFOLIO RECOVERY ASSOC | UNSECURED | 3902.47 | .00 | .00 |
| WELLS FARGO FINANCIAL IN | UNSECURED | 1449.04 | .00 | .00 |

Summary of disbursements:

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 24341.52 | .00 | 40347.54 | .00 | 64689.06 |
| PRINCIPAL PAID | 7889.25 | .00 | .00 | .00 | 7889.25 |
| INTEREST PAID | .00 | .00 | .00 | .00 | .00 |
| TOTAL PAID | 7889.25 | .00 | .00 | .00 | 7889.25 |

The Debtor's attorney, THOMAS M BRITT             , was allowed $   3000.00
and was paid $    526.00  direct and $     .00  through the plan.

The Trustee received $    485.75 .

Refunds to the Debtor totaled $       .00 .

    Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 09/10/08                         /S/
                                        GLENN STEARNS
                                        CHAPTER 13 TRUSTEE